**FILED**

**MAR 16 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :  Criminal No.: 07-009

v.  :

DAVID VILLONGCO,  :  UNDER SEAL

    Defendant.  :

## CONSENT ORDER OF FORFEITURE

WHEREAS, a written plea agreement was filed with this Court and signed by defendant, David Villongco, and his counsel, Steven Gruel, Esquire, in which defendant **Villongco** pled guilty to a felony violation -- that is mail fraud, in violation of Title 18, United States Code, Section 1341;

WHEREAS, in his plea agreement, defendant expressly agreed and consented to the entry of an Order of Forfeiture concerning the property that is the subject of this Order, which property is substitute property in satisfaction of a money judgment entered against him in the amount of the proceeds he obtained as a result of violation of Title 18, United States Code, Section 1341.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That this Preliminary Order of Forfeiture is entered in accordance with Fed. R. Crim. P. 32.2(b)(2) concerning the following property, which is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461(c):

    Money Judgment: $150,000 which represents the sum of money equal to the amount of money constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the defendant's violation of Title 18, United States Code, Section 1341. Fed. R. Crim. P. 32.2(b)(1).

2. That the defendant shall pay this money judgment at the time the guilty plea is entered by way of a certified check made payable to the United States Marshals Service, and delivered to the Offices of the United States Attorney.

3. That the Attorney General is authorized to seize and dispose of the forfeited property in accordance with the law.

4. That should defendant fail to make payment as ordered, the United States Attorney retains the right to petition this Court to conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, or substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P 32.2(e).

7. That the Clerk is directed to forward a true and certified copy of this order to all counsel of record and to the United States Marshals Service for the District of Columbia.

Dated this 16th day of March, 2006.

_____
United States District Court Judge

WE ASK FOR THIS:

STEVEN A. TYRRELL
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____
HANK BOND WALTHER
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176


JEFFREY A. TAYLOR
United States Attorney
In and for the District of Columbia

By: _____
MICHAEL K. ATKINSON
Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702


_____          _____
DAVID VILLONGCO                          STEVEN GRUEL, ESQ.
Defendant                                Counsel for Defendant Villongco

3