U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
**MAR 16 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

DAVID VILLONGCO : Case No. CR 07-009 (RWR)

:

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **a date TBD** by **FBI Special Agent Patrick Westerhaus** to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **FBI Special Agent Patrick Westerhaus** for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (~~U.S. Magistrate~~)

DOJ USA-16-1-80

DEFENSE COUNSEL