AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ Sealed

UNITED STATES OF AMERICA
V.

DAVID VILLONGCO

**FILED**
MAR 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-009 (RWR)

I, DAVID VILLONGCO, the above named defendant, who is accused of

One count of conspiracy to defraud the United States (18 U.S.C. § 286); and
One count of Mail Fraud (18 U.S.C. § 1341)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 16, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____ / DAVID VILLONGCO
Defendant

_____ / STEVEN GRUEL
Counsel for Defendant

Before _____
Judicial Officer