FILED

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. CR 07-009 (RWR)
)
DAVID VILLONGCO ) Sealed
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____ / DAVID VILLONGCO
Defendant

_____ / STEVEN F. GREL
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge