UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | Criminal No. 07-009 (RWR) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

On March 16, 2007, the Court held a plea hearing in which defendant David Villongco pled guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461).  At that hearing, the parties requested that a sentencing date be postponed due to defendant Villongco's potential to assist the government in an ongoing investigation.  The Court granted that request and ordered that Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007, informing the Court about the status of the ongoing investigation.

The government's investigation into a scheme to defraud the Export-Import Bank of the United States is still ongoing and the parties believe that the general public is not aware that the defendant has agreed to cooperate with the United States in its ongoing investigation.  The parties anticipate that Villongco will be able to continue to provide additional assistance to the government's ongoing investigation over the next couple months.  Accordingly, the parties request that the Court grant an additional three month postponement of defendant Villongco's

sentencing and enter an order directing the parties to submit a Joint Status Report on or before September 13, 2007.

Counsel for the government has discussed this Joint Status Report with counsel for defendant Villongco, Steven Gruel, Esq., and he consents to its filing.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  UNITED STATES ATTORNEY
                                                  IN AND FOR THE DISTRICT OF COLUMBIA

BY:                           _____/s/_____
                                                  Michael K. Atkinson
                                                  Assistant United States Attorney
                                                  D.C. Bar #430517
                                                  United States Attorney's Office
                                                  555 4th Street, NW
                                                  Washington, D.C. 20530
                                                  (202) 616-3702

                                                  _____/s/_____
                                                  Hank Bond Walther
                                                  D.C. Bar # 477218
                                                  Trial Attorney
                                                  Fraud Section, Criminal Division
                                                  United States Department of Justice
                                                  1400 New York Avenue, NW
                                                  Washington, D.C. 20005
                                                  (202) 257-6176

Date:   June 11, 2007

## CERTIFICATE OF SERVICE

      This is to certify that this 11th day of June, 2007, I served by first-class mail a copy of the Joint Status Report and proposed Order on the following counsel of record:

Steven Gruel, Esq.
655 Montgomery St.
Suite 1700
San Francisco, CA 94122

Counsel for David Villongco

                                                      _____/s/_____
                                                        Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 07-009 (RWR)** |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007; and

**WHEREAS**, on June 11, 2007, the parties filed a Joint Status Report requesting that defendant Villongco's sentencing date be postponed an additional three months in order to allow defendant Villongco to continue to provide additional assistance to the government's ongoing, non-public investigation.

Based on the above and the entire record in this matter, it is this _____ day of June 2007 hereby

      **ORDERED** that the parties shall file a Joint Status Report on or before September 13, 2007 informing the Court about the status of the ongoing investigation.

                                                                                  _____  
                                                                                   Richard W. Roberts  
                                                                                    United States District Court Judge

cc:     Michael K. Atkinson  
        Assistant United States Attorney  
        United States Attorney's Office  
        555 4th Street, N.W.  
        Washington, D.C.  20530

        Hank B. Walther  
        Trial Attorney  
        U.S. Department of Justice  
        Criminal Division, Fraud Section  
        1400 New York Avenue, N.W.  
        Washington, D.C.  20005

        Steven Gruel, Esq.  
        655 Montgomery St.  
        Suite 1700  
        San Francisco, CA 94122