STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

Attorney for DAVID VILLLONGCO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER AMENDING CONDITIONS OF |
| Vs. ) | RELEASE AND PERMITTING TRAVEL TO |
| ) | THE DISTRICT OF NEVADA |
| DAVID VILLONGCO, ) | |
| ) | CR-07-009-(RWR) |
| Defendant. ) | |
| ) | UNDER SEAL |
| ) | |

    Defendant, David Villongco, by and through and by his attorney, Steven F. Gruel, Esquire hereby respectfully requests that his conditions of pretrial release be modified to permit vacation travel from San Francisco, California, to Las Vegas, Nevada, from June 16, 2007 until June 20, 2007, and returning to San Francisco on June 20, 2007.

    The United States Attorney's Office and Pretrial Services have been contacted and do not oppose this defense request.

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING TRAVEL TO*
*THE DISTRICT OF NEVADA*

```
 1  SO STIPULATED:
 2  DATED: June 7, 2007          /s/ Steven F. Gruel
 3                               STEVEN F. GRUEL
                                 Attorney for Defendant
 4                               David Villongco
 5
 6
    DATED:                       /s/ Hank Bond Walther
 7
        June 8, 2007             HANK BOND WALTHER
 8                               Trial Attorney
                                 United States Department of Justice
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

STIPULATION AND [PROPOSED]
ORDER PERMITTING TRAVEL TO
THE DISTRICT OF NEVADA

2

## CERTIFICATE OF SERVICE

This is to certify that this 13th day of June, 2007, I served by first-class mail a copy of the Stipulation and Proposed Order Amending Conditions of Release and Permitting Travel to the District of Nevada on the following counsel of record:

Steven F. Gruel, Esq.
655 Montgomery St.
Suite 1700
San Francisco, CA 94122

Counsel for David Villongco

Michael K. Atkinson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | STIPULATION AND [PROPOSED] |
| Plaintiff, ) | ORDER AMENDING CONDITIONS OF |
| ) | RELEASE AND PERMITTING TRAVEL TO |
| Vs. ) | THE DISTRICT OF NEVADA |
| ) | |
| DAVID VILLONGCO, ) | CR-07-009-(RWR) |
| ) | |
| Defendant. ) | UNDER SEAL |

### [PROPOSED] ORDER PERMITTING VACATION TRAVEL

PREDICATED on the above stipulation, the Court hereby amends the Defendant's conditions of pretrial release to permit vacation travel from San Francisco, California, to the Las Vegas, Nevada, from June 16, 2007 until June 20, 2007, and returning to San Francisco on June 20, 2007.

IT IS SO ORDERED.

_____
HONORABLE RICHARD W. ROBERTS
United States District Court
District of Columbia

*STIPULATION AND [PROPOSED]*   3
*ORDER PERMITTING TRAVEL TO*
*THE DISTRICT OF NEVADA*