UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) STIPULATION AND [PROPOSED] |
| Plaintiff, | ) ORDER AMENDING CONDITIONS OF |
| | ) RELEASE AND PERMITTING TRAVEL TO |
| Vs. | ) THE DISTRICT OF NEVADA |
| | ) |
| DAVID VILLONGCO, | ) CR-07-009-(RWR) |
| | ) |
| Defendant. | ) UNDER SEAL |

[PROPOSED] ORDER PERMITTING VACATION TRAVEL

PREDICATED on the above stipulation, the Court hereby amends the Defendant's conditions of pretrial release to permit vacation travel from San Francisco, California, to the Las Vegas, Nevada, from June 16, 2007 until June 20, 2007, and returning to San Francisco on June 20, 2007.

IT IS SO ORDERED.

Dated: 6/13/07

_____
HONORABLE RICHARD W. ROBERTS
United States District Court
District of Columbia

*STIPULATION AND [PROPOSED]*
*ORDER PERMITTING TRAVEL TO*
*THE DISTRICT OF NEVADA*

3

TOTAL P.04