UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 07-009 (RWR) |
| v. | : | UNDER SEAL |
| | : | |
| DAVID VILLONGCO, | : | FILED |
| | : | AUG 3 1 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007; and

**WHEREAS**, on June 11, 2007, the parties filed a Joint Status Report requesting that defendant Villongco's sentencing date be postponed an additional three months in order to allow defendant Villongco to continue to provide additional assistance to the government's ongoing, non-public investigation.

Based on the above and the entire record in this matter, it is this ___30th___ day of ~~June~~ August 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before September 13, 2007 informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge

cc:  Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C. 20530

     Hank B. Walther
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, N.W.
     Washington, D.C. 20005

     Steven Gruel, Esq.
     655 Montgomery St.
     Suite 1700
     San Francisco, CA 94122