UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 07-009 (RWR) |
| v.   : | UNDER SEAL |
| DAVID VILLONGCO, : | |
| Defendant.   : | |

**JOINT STATUS REPORT**

On March16, 2007, the Court held a plea hearing in which defendant David Villongco pled guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed due to defendant Villongco's potential to assist the government in an ongoing investigation. The Court granted that request and ordered that Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007, informing the Court about the status of the ongoing investigation. On June 11, 2007, the parties submitted a Joint Status Report, requesting that Villongco's sentencing date be postponed for an additional three months. The Court granted the partes' request and instructed the government to file an additional status report by September 13, 2007.

The government's investigation into a scheme to defraud the Export-Import Bank of the United States is still ongoing and the parties believe that the general public is not aware that the defendant has agreed to cooperate with the United States in its ongoing investigation. The

parties anticipate that Villongco will be able to continue to provide additional assistance to the government's ongoing investigation over the next several months.  Accordingly, the parties request that the Court grant an additional two month postponement of defendant Villongco's sentencing and enter an order directing the parties to submit a Joint Status Report on or before November 13, 2007.

Counsel for the government has discussed this Joint Status Report with counsel for defendant Villongco, Steven Gruel, Esq., and he consents to its filing.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

BY:       _____/s/_____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar #430517
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702

_____/s/_____
Hank Bond Walther
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

Date:   September 17, 2007

## CERTIFICATE OF SERVICE

    This is to certify that this 17th day of September 2007, I served by first-class mail a copy of the Joint Status Report and proposed Order on the following counsel of record:

Steven Gruel, Esq.
655 Montgomery St.
Suite 1700
San Francisco, CA 94122

Counsel for David Villongco

                                                    _____/s/_____
                                                      Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | Criminal No. 07-009 (RWR) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007; and

**WHEREAS**, on June 11, 2007, the Court granted the parties' request to postpone Villongco's sentencing date be postponed an additional three months in order to allow defendant Villongco to continue to provide additional assistance to the government's ongoing, non-public investigation;

**WHEREAS**, on September 17, 2007, the parties submitted a Joint Status Report, requesting that the Court postpone Villongco's sentencing date an additional two months in order to allow defendant Villongco to continue to provide additional assistance to the

government's ongoing, non-public investigation;

Based on the above and the entire record in this matter, it is this _____ day of

_____ 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before November 13, 2007 informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge

cc:   Michael K. Atkinson
      Assistant United States Attorney
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C.  20530

      Hank B. Walther
      Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, N.W.
      Washington, D.C.  20005

      Steven Gruel, Esq.
      655 Montgomery St.
      Suite 1700
      San Francisco, CA 94122