FILED
SEP 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Criminal No. 07-009 (RWR) |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| | : | |
| DAVID VILLONGCO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months and that the parties submit a joint status report by June 13, 2007; and

**WHEREAS**, on June 11, 2007, the Court granted the parties' request to postpone Villongco's sentencing date be postponed an additional three months in order to allow defendant Villongco to continue to provide additional assistance to the government's ongoing, non-public investigation;

**WHEREAS**, on September 17, 2007, the parties submitted a Joint Status Report, requesting that the Court postpone Villongco's sentencing date an additional two months in order to allow defendant Villongco to continue to provide additional assistance to the

government's ongoing, non-public investigation;

Based on the above and the entire record in this matter, it is this ___18th___ day of ___September___ 2007 hereby

**ORDERED** that the parties shall file a Joint Status Report on or before November 13, 2007 informing the Court about the status of the ongoing investigation.

_____
Richard W. Roberts
United States District Court Judge

cc:    Michael K. Atkinson
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Hank B. Walther
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005

Steven Gruel, Esq.
655 Montgomery St.
Suite 1700
San Francisco, CA 94122