UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | CRIMINAL NO. 07-009 (RWR) |
| v. | : | |
| | : | |
| | : | UNDER SEAL |
| **DAVID VILLONGCO,** | : | |
| | : | |
| Defendant. | : | |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
GOVERNMENT'S MOTION TO UNSEAL

The government submits the following in support of its *Ex Parte* Motion to Unseal, which was filed on September 26, 2007: On October 5, 2007, Steven Gruel, Esq., counsel to defendant David Villongco, informed the government that he has no objection to the immediate unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By:  _____/s/_____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-3702

|  |  |
|---|---|
|  | STEVEN A. TYRRELL |
|  | Chief, Fraud Section |
|  | Criminal Division |
|  | United States Department of Justice |
|  |  |
| By: | _____/s/_____ |
|  | HANK BOND WALTHER |
|  | Trial Attorney |
|  | D.C. Bar No. 477218 |
|  | Fraud Section, Criminal Division |
|  | United States Department of Justice |
|  | 1400 New York Avenue, NW |
|  | Washington, D.C. 20005 |
| DATED: October 5, 2007 | (202) 307-2538 |

**CERTIFICATE OF SERVICE**

      This is to certify that this 5th day of October, 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

      Steven Gruel, Esq.
      655 Montgomery St.
      Suite 1700
      San Francisco, CA 94122

      Counsel for David Villongco

_____/s/_____
Michael K. Atkinson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-009 (RWR)** |
| | : | |
| v. | : | |
| | : | **UNDER SEAL** |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon motion of the United States of America, good cause having been shown, together with the defendant's consent, it is hereby

ORDERED that the government's Motion to Unseal is GRANTED.

It is further

ORDERED that the Information and all related matters in this case shall be unsealed as of 9 a.m. on Friday, October 5, 2007.

Entered in Washington, D.C., this ____ day of _____, 2007.

_____
RICHARD W. ROBERTS
United States District Judge

cc:  Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 Fourth Street, N.W., Room 5915
     Washington, D.C.  20530

     Hank Bond Walther
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, N.W., 3rd Floor
     Washington, D.C.  20005

     Steven Gruel, Esq.
     655 Montgomery St.
     Suite 1700
     San Francisco, CA 94122