UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CRIMINAL NO. 07-009 (RWR) |
| v. | : | |
| | : | |
| | : | UNDER SEAL       **FILED** |
| DAVID VILLONGCO, | : | |
| | : | OCT – 5 2007 |
| Defendant. | : UNSEALED | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION TO UNSEAL

The government submits the following in support of its *Ex Parte* Motion to Unseal, which was filed on September 26, 2007: On October 5, 2007, Steven Gruel, Esq., counsel to defendant David Villongco, informed the government that he has no objection to the immediate unsealing of pleadings, transcripts, and other related matters in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By:  /s/ Michael K. Atkinson

Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702

                              STEVEN A. TYRRELL  
                              Chief, Fraud Section  
                              Criminal Division  
                              United States Department of Justice

           By:      *[signature]* for  
                              HANK BOND WALTHER  
                              Trial Attorney  
                              D.C. Bar No. 477218  
                              Fraud Section, Criminal Division  
                              United States Department of Justice  
                              1400 New York Avenue, NW  
                              Washington, D.C. 20005  
DATED: October 5, 2007        (202) 307-2538

## CERTIFICATE OF SERVICE

This is to certify that this 5th day of October, 2007, I served by facsimile and first-class mail a copy of the Government's Supplemental Memorandum in Support of its Motion to Unseal, along with the proposed Order, on the following counsel of record:

Steven Gruel, Esq.
655 Montgomery St.
Suite 1700
San Francisco, CA 94122

Counsel for David Villongco

_____
Michael K. Atkinson