## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 07-009 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

On March 16, 2007, the Court held a plea hearing in which defendant David Villongco pled guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461).  At that hearing, the parties requested that a sentencing date be postponed for three months due to defendant Villongco's potential to assist the government in an ongoing investigation.  The Court granted that request and has subsequently granted two additional requests to postpone Villongco's sentencing.

The government now requests that the Court set a sentencing date for defendant Villongco in February 2008.  The government proposes the following dates: February 15, February 20, and February 29.

Counsel for the government has been unable to reach counsel for defendant Villongco.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

BY:          /s/ Michael K. Atkinson
             Michael K. Atkinson
             Assistant United States Attorney
             D.C. Bar #430517
             United States Attorney's Office
             555 4th Street, NW
             Washington, D.C. 20530
             (202) 616-3702

             /s/ Hank Bond Walther
             Hank Bond Walther
             D.C. Bar # 477218
             Trial Attorney
             Fraud Section, Criminal Division
             United States Department of Justice
             1400 New York Avenue, NW
             Washington, D.C. 20005
             (202) 257-6176

Date:   November 13, 2007

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | **Criminal No. 07-009 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **DAVID VILLONGCO,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months; and

**WHEREAS**, the Court has granted two additional requests to postpone defendant Villongco's sentencing date;

**WHEREAS**, on November 13, 2007, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Villongco in February 2008;

Based on the above and the entire record in this matter, it is this ____ day of November 2007 hereby

**ORDERED** that defendant Villongco will be sentenced on the _____ day of February

2008 at _____ a.m./p.m.

_____
Richard W. Roberts
United States District Court Judge

cc:    Michael K. Atkinson
        Assistant United States Attorney
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C.  20530

        Hank Bond Walther
        Trial Attorney
        U.S. Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C.  20005

        Steven Gruel, Esq.
        655 Montgomery St.
        Suite 1700
        San Francisco, CA 94122

2