UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Criminal No. 07-009 (RWR) |
| v. : | |
| : | **FILED** |
| **DAVID VILLONGCO,** : | NOV 26 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

**WHEREAS**, on March 16, 2007, defendant David Villongco pleaded guilty to a two-count Information charging him with one count of conspiracy to defraud the government with respect to claims (18 U.S.C. § 286) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the Court, at the parties' request, ordered that defendant Villongco's sentencing date be postponed for three months; and

**WHEREAS**, the Court has granted two additional requests to postpone defendant Villongco's sentencing date;

**WHEREAS**, on November 13, 2007, the government submitted a Status Report, requesting that the Court set a sentencing date for defendant Villongco in February 2008;

Based on the above and the entire record in this matter, it is this ____ day of November 2007 hereby

**ORDERED** that defendant Villongco will be sentenced on the __29__ day of February 2008 at __12 noon__ a.m./p.m.

_____
Richard W. Roberts
United States District Court Judge

cc:  Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 4th Street, N.W.
     Washington, D.C. 20530

     Hank Bond Walther
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, N.W.
     Washington, D.C. 20005

     Steven Gruel, Esq.
     655 Montgomery St.
     Suite 1700
     San Francisco, CA 94122