IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CR-07-009-(RWR) |
| v. | ) |
| DAVID VILLONGCO, | ) |
| Defendant | ) |

**MOTION SEEKING PERMISSION FOR
<u>ATTORNEY STEVEN F. GRUEL TO APPEAR *PRO HAC VICE* IN THIS CASE</u>**

PURSUANT TO Local Rule 44.1(d) and predicated upon the facts in the declaration of Steven F. Gruel filed herewith, undersigned counsel, being a member in good standing of the Bar of the Court for the District of Columbia, hereby moves this Court to issue its Order allowing Mr. Gruel to appear *Pro Hac Vice* in the above captioned case.

DATED: February 13, 2008           RESPECTFULLY SUBMITTED,

                                    **/s/ Thomas J. Simeone**
                                    _____
                                    Thomas J. Simeone, #433425
                                    SIMEONE & MILLER, LLP
                                    1130 Connecticut Avenue N.W.
                                    Suite 350
                                    Washington, D.C. 20036
                                    Telephone:   (202) 628-3050
                                    Facsimile:   (202) 466-1833

**Certificate of Service**

I, Steven F. Gruel, do hereby certify that on the 13th day of February 2008, I caused a true and exact copy of the foregoing Motion to be served via electronic mail and U.S. First Class Mail, postage prepaid, upon the following individuals:

    Michael K. Atkinson, Esq.
    ASSISTANT UNITED STATES ATTORNEY
    555 4th Street, N.W.
    Washington, D.C. 20530

    Hank Bond Walther, Esq.
    Trial Attorney
    Fraud Section, Criminal Division
    UNITED STATES DEPARTMENT OF JUSTICE
    1400 New York Avenue, N.W.
    Washington, D.C. 20005

                                                  /s/ Steven F. Gruel
                                                  _____
                                                  STEVEN F. GRUEL, Esquire

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CR-07-009-(RWR) |
| v. ) | |
| ) | |
| DAVID VILLONGCO, ) | |
| ) | |
| Defendant ) | |

**DECLARATION OF STEVEN F. GRUEL IN
SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

I, STEVEN F. GRUEL ("Applicant"), upon information and belief, declare as follows:

1. My full name is STEVEN FRANCIS GRUEL.

2. My office address is 655 Montgomery Street, Suite 1700, San Francisco, California 94111. My office telephone number is 415-989-1253.

3. California (Bar # 213148) and Wisconsin (Bar # 1008768). However, I have not practiced law in Wisconsin since 1987 when I moved from Madison, Wisconsin to San Francisco, California to be employed by the United States Justice Department and the United States Attorney's Office.

4. I have never been disciplined by the California State Bar as seen by the attached certificate. I have never been disciplined by the Wisconsin State Bar and have not practiced law in Wisconsin as described above since 1987.

5. I have never been admitted *Pro Hac Vice* to the District Court for the District of Columbia including at any time within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not admitted and neither do I have an application pending to be admitted to the District of Columbia Bar

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 13th day of February 2008, at San Francisco, California.

                              **/s/ Steven F. Gruel**
                              _____
                              STEVEN F. GRUEL, Esquire

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CR-07-009-(RWR) ) ) |
| DAVID VILLONGCO, | ) ) |
| Defendant | ) ) |

**[PROPOSED] ORDER PERMITTING APPEARANCE *PRO HAC VICE***

PREDICATED on the above motion and declaration of attorney Steven F. Gruel, the Court hereby permits and allows attorney Steven F. Gruel to appear *Pro Hac Vice* in the above case.

IT IS SO ORDERED.

DATED:_____        _____
                               HONORABLE RICHARD W. ROBERTS
                               United States District Court
                               District of Columbia