NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number CR-07-009-(RWR)

**David Villongco**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**Thomas J. Simeone, #433425**
(Attorney & Bar ID Number)

Simeone & Miller, LLP
(Firm Name)

**1130 Connecticut Avenue N.W.**
(Street Address)

**Washington, DC 20036**
(City)        (State)        (Zip)

202-628-3050
(Telephone Number)