IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
| Plaintiff, | ) | |
| | ) CR-07-009-(RWR) | FEB ? 2008 |
| v. | ) | |
| | ) | NANCY MAYER WHITTINGTON, CLERK |
| DAVID VILLONGCO, | ) | U.S. DISTRICT COURT |
| Defendant | ) | |

### ORDER PERMITTING APPEARANCE *PRO HAC VICE*

PREDICATED on the above motion and declaration of attorney Steven F. Gruel, the Court hereby permits and allows attorney Steven F. Gruel to appear *Pro Hac Vice* in the above case.

IT IS SO ORDERED.

DATED: 2-20-08

_____
HONORABLE RICHARD W. ROBERTS
United States District Court
District of Columbia