HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

RECEIVED
APR 0 2 2008
Chambers of Judge Roberts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

David Villongco            Docket No.: CR-07-009-01

FILED
APR 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __David Villongco__ having been sentenced, on February 29, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  USP, Atwater , in  Atwater, California  by 2 p.m., on   April 23, 2008   .

4/3/08
Date

RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER            DEFENDANT

Revised 6-2004